JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HENRY JAMES HOLMES, | No. ED CV 18-01734-DOC (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

    Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

    IT IS ADJUDGED that the petition is summarily dismissed.

Dated: October 15, 2018

_____
DAVID O. CARTER
United States District Judge